IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-413-F

| | | |
|---|---|---|
| LAURIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAC HOME LOANS SERVICING, L.P. a subsidiary of BANK OF AMERICA, N.A. fka COUNTRYWIDE HOME LOANS SERVICING, LP, and AFR MORTGAGE INC. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion [DE-16] filed by Defendant Bank of America, N.A. ("Bank of America") seeking to stay pretrial deadlines and discovery proceedings pending the court's ruling on the motion to dismiss [DE-15], also filed by Bank of America. Neither the Plaintiff nor the Defendant AFR Mortgage, Inc., has filed a response to Bank of America's motion to stay. Bank of America asserts that Plaintiff will not be prejudiced by staying discovery in this action pending the resolution of the motion to dismiss.

Bank of America's unopposed motion to stay [DE-16] is ALLOWED, and the court hereby ORDERS that all discovery and pretrial deadlines in this action are STAYED until the court rules

on Bank of America's motion to dismiss or until further order of this court.

SO ORDERED.

This the 8th day of November.

*James C. Fox*
James C. Fox
Senior United States District Judge

2