IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-413-F

LAURIE LEWIS,                          )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )
              Plaintiff,               )
                                       )
                                       )
                                       )                    **ORDER**
         v.                            )
                                       )
                                       )
BAC HOME LOANS SERVICING, L.P. a       )
subsidiary of BANK OF AMERICA, N.A.    )
fka COUNTRYWIDE HOME LOANS             )
SERVICING, LP,                         )
AFR MORTGAGE INC.,                     )
BANK OF AMERICA, N.A.,                 )
JOHNSON AND FREEDMAN, LLC,             )
NATIONWIDE TRUSTEE SERVICES,           )
INC.,                                  )
              Defendants.              )

In an order filed June 13, 2012 [DE-34], the court construed Plaintiff's Notice of Voluntary

Dismissal [DE-33] to be a motion to voluntarily dismiss her claims against Defendant AFR

Mortgage, and allowed AFR Mortgage twenty-one days to file a response thereto.

AFR Mortgage has timely filed its Response [DE-35], stating that it does not object to the

dismissal of the claims against it, along with a Notice of Voluntary Dismissal [DE-46] of its cross-

claims against Defendant BAC Home Loans Servicing, L.P.  Accordingly, Plaintiff's motion to

voluntarily dismiss her claims against AFR Mortgage is ALLOWED, and this case is DISMISSED.

SO ORDERED.

This the 21st day of June, 2012.

James C. Fox
Senior United States District Judge

2